IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL BLACKMON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLEN IVERSON | : | NO. 01-6429 |

ORDER

AND NOW, this 23rd day of March, 2012, upon consideration of the defendant's Motion to Dismiss for Failure to Show Cause and for Failure to Prosecute (Docket No. 70), the plaintiff's opposition thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  The plaintiff's complaint is DISMISSED WITH PREJUDICE.  This case is closed.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.